IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00968-WDM-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado corporation,
PEAK NATIONAL BANK, a Colorado corporation,
COMPASS BANK, an Alabama corporation, and
UNION BANK OF CALIFORNIA, N.A., a California corporation,

Defendants.
_____

**ORDER**
_____

UPON CONSIDERATION of Plaintiff St. Paul Travelers Casualty and Surety Company of America's Unopposed Motion for Leave to File Second Amended Complaint and having reviewed the file in this matter, it is hereby ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint is granted.  The Second Amended Complaint which was attached to the Motion shall be deemed filed as of the date of this Order.  The Defendants shall respond within ten (10) days of the entry of this Order.

Dated November 16, 2005

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge