IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-968-WDM-BNB

St. Paul Travelers Casualty and Surety Company of America, a Connecticut corporation,

Plaintiff,

v.

Guaranty Bank and Trust Company, a Colorado corporation, Peak National Bank, a Colorado corporation, Compass Bank, an Alabama corporation, Union Bank of California, N.A., a California corporation,

Defendants.

ORDER GRANTING LEAVE TO GUARANTY BANK AND TRUST
COMPANY TO FILE DESIGNATION OF NON-PARTIES AT FAULT

THIS MATTER, having come before the Court upon the Defendant Guaranty Bank and Trust Company's **MOTION FOR LEAVE TO SUBMIT DEFENDANT GUARANTY BANK AND TRUST COMPANY'S DESIGNATION OF NON-PARTIES AT FAULT**, and the Court, having reviewed the motion and response thereto by Plaintiff St. Paul Travelers Casualty and Surety Company of America, and being fully advised of the premises therein,

**ORDERS** the Motion is **GRANTED**. Guaranty Bank and Trust Company's **DESIGNATION OF NON-PARTIES AT FAULT**, appended to the motion as Exhibit A, is hereby accepted for filing. The hearing set for this matter on December 14, 2005 at 10:30 a.m. is **VACATED**.

Dated this 8th day of December, 2005.

BY THE COURT

s/ Boyd N. Boland
United States Magistrate Judge