IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00968-WDM-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado corporation,
PEAK NATIONAL BANK, a Colorado corporation,
COMPASS BANK, an Alabama corporation, and
UNION BANK OF CALIFORNIA, N.A., a California corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Union Bank of California, N.A.'s Unopposed Motion for Acceptance of Designation of Non-Parties at Fault** (the "Motion"), filed on December 7, 2005.

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing, Attachment A to document 32, the Motion.

DATED: December 13, 2005