IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00968-PSF-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, et al.,

    Defendant.

## ORDER OF RECUSAL

This matter is before the Court on a review of the file. The undersigned recuses himself from this case pursuant to 28 U.S.C. § 455(a) because he and his family maintain accounts with Defendant Guaranty Bank and Trust Co., he maintains friendships with certain executives of that bank, he formerly held an advisory post for a branch of the bank and he has had an investment in an entity affiliated with the bank. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned to another district court judge by random draw.

DATED: December 21, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge