IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00968-REB-BNB

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado corporation,
PEAK NATIONAL BANK, a Colorado corporation,
COMPASS BANK, an Alabama corporation, and
UNION BANK OF CALIFORNIA, N.A., a California corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to Amend Second Amended Complaint By Interlineation and to Correct Case Caption and Incorporated Memorandum of Law** [Doc. # 76, filed May 1, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Second Amended Complaint is amended by interlineation to substitute Travelers Casualty and Surety Company of America as the plaintiff. The case caption is amended to reflect Travelers Casualty and Surety Company of America as the plaintiff. All future filings shall bear the caption indicated above.

Dated May 1, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge