**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00968-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado corporation,
PEAK NATIONAL BANK, a Colorado corporation,
COMPASS BANK, an Alabama corporation, and
UNION BANK OF CALIFORNIA, N.A., a California corporation,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANTS COMPASS BANK AND PEAK NATIONAL BANK

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal of All Claims Against Defendants Compass Bank and Peak National Bank With Prejudice** [#108], filed August 17, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendants Compass Bank and Peak National Bank should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of All Claims Against Defendants Compass Bank and Peak National Bank With Prejudice** [#108], filed August 17, 2006, is **APPROVED**;

2.  That plaintiff's claims against defendants, Compass Bank and Peak National Bank,  **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendants, Compass Bank and Peak National Bank, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated August 18, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**