# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-00968-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado corporation, and
UNION BANK OF CALIFORNIA, N.A., a California corporation,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT
## UNION BANK OF CALIFORNIA

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal of All Claims Against Defendant Union Bank of California With Prejudice** [#110], filed August 23, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Union Bank of California should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of All Claims Against Defendant Union Bank of California With Prejudice** [#110], filed August 23, 2006, is **APPROVED**;

2. That plaintiff's claims against defendant Union Bank of California **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

      3.  That defendant Union Bank of California is **DROPPED** as named party to this action, and the case caption is amended accordingly.

Dated August 23, 2006, at Denver, Colorado.

                                    **BY THE COURT:**

                                    <u>s/ Robert E. Blackburn</u>
                                    **Robert E. Blackburn**
                                    **United States District Judge**